# EXHIBIT D

**U.S. Patent No. 7,062,251 – GE CARESCAPE**

| Claim 1 | |
|---|---|
| A method of integrating physiologic treatment data comprising the steps of: | |



**Source**: http://www3.gehealthcare.com/en/products/categories/patient_monitoring/networking#tabs/tab203B889109A1491DA9033897AD7C9C54

| Claim 1 | |
|---|---|
| receiving physiologic treatment data from **at least two bedside machines**; | |



**Source**: Unity Network Interface Device Service Manual, 2009517-002; FDA K142840 510(k) Summary, 2014

U.S. Patent No. 7,062,251 – GE CARESCAPE

| Claim 1 |
|---|
| **converting said physiologic treatment data from a machine specific format into a machine independent format** within a **computing device** remotely located from said **bedside machines**; |



| Claim 1 | |
|---|---|
| **performing at least one programmatic action involving said machine-independent data**; and | |

**performing at least one programmatic action involving said machine-independent data** →

**Technical specifications**

| | |
|---|---|
| Main processor | MC68EN360 25 MHz |
| Alarms | Alarm levels modifiable for current patient from a Clinical Information Center |
| Memory | 4 MB flash (main and boot), 512 K battery-backed SRAM |
| Software update | Ethernet download from PC or laptop |

The Unity Network ID shall not send alarms to the patient monitors or CARESCAPE Network while an Alarm Silence indication is received from these following devices and the Unity Network ID's alarm silence support option is set to on:

**Source**: CARESCAPE module Unity-ID_v6B Specs DOC1186948 E.pdf

**U.S. Patent No. 7,062,251 – GE CARESCAPE**

| Claim 1 | |
|---|---|
| **performing at least one programmatic action involving said machine-independent data**; and |

**performing at least one programmatic action involving said machine-independent data**

> Compact, flexible, intuitive design increases your workflow efficiency.
>
> - **User-friendly interface** gives caregivers a clear view of vital data at all times.
> - Configurable 15-inch display with pivotal frame gives you **full access to the patient** and enhanced cable management.
> - **Transition patients easily** from high to low acuity.
> - **Easily train** all staff experience levels on the familiar, user-friendly interface.
> - Pages & Profiles functionality offers **dedicated software for Anesthesia, PACU, Critical Care, Emergency Care and NICU** care areas.
> - **Customize views** from eight to 14 waveforms with overlays and insets to suit the caregivers' and patients' needs.
> - **Exceptional alarm functionality** allows sharing of clinically significant alarms within and across care units, helping optimize workflow and reducing unnecessary alarms.

**Source**:http://www3.gehealthcare.com/en/products/categories/patient_monitoring/patient_monitors/carescape_monitor_b650#tabs/tabBA853511BC874C7291E113A27D4807BC

**U.S. Patent No. 7,062,251 – GE CARESCAPE**

Claim 1

**presenting results from said programmatic actions upon a bedside graphical user interface**.

**presenting results from said programmatic actions upon a bedside graphical user interface**



**Source**: GEHC-Brochure-CARESCAPE-Modular-Monitors_US DOC1261467rev2 02/13